IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL FRANQUI-PAGAN, | : | CIVIL ACTION NO. 3:15-cv-1984 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| JOHN JACKSON, | : | |
| Defendant | : | |

## ORDER

AND NOW, to wit, this 31st day of October 2017, upon consideration of Defendant's motion (Doc. 48) for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendant's motion (Doc. 48) for summary judgment is DEEMED unopposed and GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Defendant and against Plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

s/James M. Munley
JAMES M. MUNLEY
United States District Court